No. 73–972. CARFORA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–1006. MARTIN-TRIGONA v. SUPREME COURT OF ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 73–1021. STATES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–1085. WALKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–1086. MASCOLO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–1103. MEMMOLO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 73–1147. VOGT v. OSWALD, CORRECTION COMMISSIONER, ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–1153. UNITED STATES v. WILLIAM GREEN CONSTRUCTION CO., INC., ET AL.; and
No. 73–1314. WILLIAM GREEN CONSTRUCTION CO., INC., ET AL. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 73–1204. SQUIRE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 73–1230. LASALLE EXTENSION UNIVERSITY v. FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 73–1237. MEANS, JUDGE v. OKLAHOMA EX REL. FALLIS, DISTRICT ATTORNEY OF TULSA COUNTY. Ct. Crim. App. Okla. Certiorari denied.